COMMONWEALTH of Pennsylvania, Respondent

v.

Mastafa MCCLOUD, Petitioner

No. 442 EAL 2016

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Simeon BOZIC, Petitioner

No. 435 EAL 2016

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**, and the Application to Withdraw as Counsel and for Remand is **DISMISSED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Wayne T. SMITH, Petitioner

No. 404 EAL 2016

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.